# EXHIBIT B

| Row | Claim Element | Contention |
|---|---|---|
| 23-1 | 23. A method for aggregating content and facilitating uncapped engagement of the content, the method being implemented on a computer system comprising one or more physical processors programmed by computer program instructions to perform the method, the method comprising: | [Image: YouTube Super Chat logo]<br><https://support.google.com/youtube/answer/7288782> (©2023 Google)<br><br>YouTube Super Chat has a method for aggregating content and facilitating uncapped engagement of the content, the method being implemented on a computer system comprising one or more physical processors programmed by computer program instructions to perform the method. |
| 23-2 | obtaining, by the computer system, a **networked content item authored by a user**; | YouTube Super Chat shows a YouTube video (i.e., networked content item authored by a user).<br>[Image: YouTube video with chat sidebar]<br><https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27) |
| 23-3 | generating, by the computer system, a user interface comprising the networked content item and a display | YouTube Super Chat shows a chat session (i.e., request to obtain engagements). |

| | | |
|---|---|---|
| | option configured to receive a **request to obtain engagements** with respect to the networked content **item:** | <br><https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27) |
| 23-4 | providing, by the computer system, via a network, the **user interface:** | Here is the user interface of YouTube Super Chat.<br><https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27) |
| 23-5 | receiving, by the computer system, via the user interface, an indication to obtain a **first plurality of engagements relating to the networked content item from a first user** different from the user that authored the networked content item, wherein the indication to obtain the first | YouTube Super Chat shows a first plurality of engagements relating to the networked content item from a first user (i.e., A$200.00).<br><br>YouTube Super Chat shows a third user (i.e., CA$13.99). |

| | plurality of engagements comprises an indication to obtain the first plurality of engagements together with at least a **third user**, different from the user, the first user, and the second user; | <br><https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27) |
|---|---|---|
| 23-6 | determining, by the computer system, an **amount of resources** required to obtain the first plurality of engagements; | YouTube Super Chat lets Viewers purchase Super Chats (i.e., amount of resources) to highlight your message within live chat.<br><br>### Super Chat & Super Stickers eligibility, availability, and policies<br><br>Super Chat and Super Stickers are ways to connect fans with creators during live chat. Viewers can purchase Super Chats to highlight your message within live chat. Viewers can also purchase Super Stickers to see a digital or animated image that pops up in the live chat feed. If you're eligible, learn how to turn on Super Chat or Super Stickers and how you can manage these features.<br><https://support.google.com/youtube/answer/9277801#zippy=> (©2023 Google) |
| 23-7 | **debiting**, by the computer system, the **amount of resources from a user account balance** associated with the first user and/or from another user account balance associated with the third user, wherein the user account balance stores an amount of resources available to the first user; | YouTube Super Chat lets Viewers purchase Super Chats (i.e., amount of resources) to highlight your message within live chat.<br><br>### Super Chat & Super Stickers eligibility, availability, and policies<br><br>Super Chat and Super Stickers are ways to connect fans with creators during live chat. Viewers can purchase Super Chats to highlight your message within live chat. Viewers can also purchase Super Stickers to see a digital or animated image that pops up in the live chat feed. If you're eligible, learn how to turn on Super Chat or Super Stickers and how you can manage these features.<br><https://support.google.com/youtube/answer/9277801#zippy=> (©2023 Google) |



| | | |
|---|---|---|
| 23-8 | storing, by the computer system, in a **database** accessible to the computer system, an **association between the first plurality of engagements and the first user**; | YouTube Super Chat stores an association between the first plurality of engagements and the first user (e.g., A$200.00). <https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27) |
| 23-9 | obtaining, by the computer system, from the **database**, information indicating a **second plurality of engagements with respect to the networked content item from at least a second user** different from both the user and the first user; and | YouTube Super Chat shows a second plurality of engagements relating to the networked content item from a second user (i.e., $99.99). <https://mashable.com/article/youtube-live-mobile-super-chat> (2017-02-07) |
| 23-10 | providing, by the computer system, via the user interface, an indication of the **first plurality of engagements from the first user** and the **second plurality of engagements from the second user**. | YouTube Super Chat shows the first plurality of engagements relating to the networked content item from the first user, and the second plurality of engagements relating to the networked content item from the second user. |



<https://www.youtube.com/watch?v=bnx7kckso88> (2018-10-27)