# EXHIBIT C



# Escapex White Paper

**escapex decentralizes
social media**, **giving influencers ownership
of their followers**

# Table of contents:

1. **Executive Summary** — **4**

2. **Introduction** — **6**

3. **What is Escapex?** — **8**

4. **Granted Patents** — **10**

Fan Boosting in App: System and method of aggregating networked social content and facilitating uncapped engagement in a networked virtual environment (patent number: 9519690) — 11

Fan Boosting in Server: System and method for aggregating networked social content and facilitating uncapped engagement in a networked virtual environment (patent number: 10474687) — 13

Artist Specific App Framework: System and method for aggregating artist-specific content (patent number: 9311393) — 14

Cross Artist App Content Sharing: System and method for facilitating co-play and download of artist-specific client applications via user-provided playlists (patent number: 10140365) — 15

Dynamic Album: System and method for generating artist-specified dynamic albums (patent number: 9009113) — 16

Unified Player Interface (patent number: 9465869) — 18

5. **How the Product Works: End-User Features** — **20**

Intro Video — 21

Login and Membership System — 21

App tutorial — 22

Tabs — 23

    Home Tab — 23

    Artist Posts — 23

        Image and Video Posts — 23

        Live Posts — 24

        Comment & Reply Feature — 24

        Tagging Fans — 25

    Go! Deeplink Feature — 26

    Feed Ranking Algorithm — 27

    FanFeed Tab — 27

        Overview — 28

        Social Link — 28

        FanFeed Ranking Algorithm — 29

        Instructions — 29

        Content Moderation — 29

    Activity Tab — 30

Music Tab 30

Fanboard 31

Monetization-related Features 31

Subscriptions 32

Time-Limited Welcome Post 32

Pay-to-listen music 32

Boosting: Being Seen 34

Boost to #1 Fan 34

Hold to Boost 34

Top 3 Comments 34

Unlocking Posts 34

E-commerce 36

Ads Insertion and Management System 36

Sponsorship 36

3rd Party Payment 37

Push Notifications 38

A Push Notification for Every Post 38

Push Notification Retargeting 38

Customized Emojis 38

Blocking 38

6. **Reporting Content** **39**

Customer Care 40

Knowledge base 40

Feedback system 41

Reporting 41

7. **How the Product Works: Artists and Influencers** **42**

Sign-up Process 43

User Migration 44

Analytics and Revenue Reporting Systems 44

Content Management System 45

8. **How the Product Works: Official Website** **47**

Geo-oriented slideshow 48

Web news tab 48

9. **How the Product Works: Official App** **49**

Background 50

Information for Developers 50

10. **Global System Architecture** **51**

Regional Hosting 52

11. **Roadmap** **53**

12. **Conclusion** **55**



# 1

# Executive Summary

Escapex decentralizes social media by giving artists their own POPs, granting them ownership of their fan engagements via white-label, customized, social media apps. Escapex's core mission is to fairly compensate top talent, making talent contracts more transparent and giving fans an opportunity to engage and be seen by their favorite artists.

As part of this mission, escapex creates personally owned platforms (POPs) for celebrities and influencers, with a worldwide reach of nearly three billion followers. It is a market leader active in 18 countries, including the United States, Brazil and India. Escapex also works with top brands in Asia offering an alternative to legacy social media platforms, allowing celebrities and influencers with large followings to establish a unique brand for free and begin generating revenue through ads, subscriptions, in-app purchases or contests — with no setup fees or downtime for app development or maintenance.

Headquartered in Singapore, escapex optimizes the experience for influencers, brands and followers alike, offering artists a new avenue for sharing and monetization that allows them to secure more profit, enjoy more freedom, retain more control and get started quickly.



# 2

# Introduction

# Today's social platforms are dictating terms to content creators

Social media has undergone a rapid revolution in the past decade. Today, users spend time on social platforms to connect with friends and their favorite celebrities—in 2019, the average user spends two hours and 16 minutes a day on social platforms [1]. Existing social platforms, however, are not able to handle the needs of celebrities and influencers.

The top 100 celebrities today have an accumulative fan base of 10.5 billion, the content that they created and uploaded to traditional social media platforms has generated over USD $5 billion. There's a problem though. The influencers and celebrities who develop this content, engagement and traction for traditional platforms don't benefit directly from them. While celebrities and content creators have the power to attract and engage an eager, attentive audience, they often have no means or understanding of how to monetize their substantial followings [2].

Legacy social media platforms are therefore unsustainable for celebrities and influencers. Aside from a lack of revenue sharing from content created on the platforms, these platforms periodically change their algorithms, making planning for consistent exposure difficult. Celebrities have accorded no special status and do not own their fan followings.

Any sponsored content not owned by traditional social platforms, including celebrity accounts, can be blocked.

That's not all. While creators develop content to attract end-users (fans), there's no avenue to connect with the fans they've acquired or accumulated. On average, only 3% of fans will get to see a post from the celebrities they follow, while celebrities and creators need to increase their advertising budget just to boost their reach to their own followers, which is unfair for celebrities who enjoy large fan bases. These challenges are further compounded by perennial issues such as security, a proliferation of advertisements, policing of content and shadowy blocking tactics [3].

Clearly, legacy social media platform such as Facebook, Twitter and other shared platforms are not designed for the needs of celebrities, who effectively function as brands and should have their own platform to connect with their fans directly without unnecessary limitations. They therefore need a better solution, and both celebrities and their fans need to be both "seen" and fairly treated.





# 3

# What is escapex?

Escapex is a celebrity-oriented personally owned social media platform that offers deeper interactions between artists and fans. It aims to solve the existing challenges of legacy social media platforms.

Escapex offers the following to celebrities and influencers:

- **Full ownership by the celebrity**: A celebrity retains full ownership of their app, posted content and followers. On other social media networks, ownership is held by the network provider.
- **Audience access**: Celebrity posts reach 100% of their followers. With legacy social media networks, each post tends to reach only 2-5% of their audiences because of feed algorithms.
- **Monetization**: Unlike legacy platforms, escapex offers multiple avenues of monetization, including ads, subscriptions, music and fan recognition currencies. Artists can choose which monetization options are best suited for their fans and for their own brand.

For celebrities and influencers, POPs are vastly superior to accounts on other platforms, as illustrated in the following comparison table.

| | POP | Instagram |
|---|---|---|
| App ownership | By Influencer | By Network |
| Content ownership | By Influencer | By Network |
| Follower ownership | By Influencer | By Network |
| Audience Accesses | 100% | 2%~5% |
| Content Moderation | By Influencer | By Network |
| Identify and engage top fans | Supported (Patented) | None |
| Ad monetization | Supported | None |
| User monetization | Multiple models (Patented) | None |
| Brand monetization | Provided | By 3rd parties |
| Fan generated content | 98% of media engagement | Limited to text |
| Top fan benefits | Supported (Patented) | None |
| Music monetization | Multiple models (Patented) | Limited |



# 4

# Granted Patents

Escapex is focused on acquiring patents and innovating to continually improve engagement opportunities for celebrities and influencers. So far, escapex has filed seven patents, five of which have already been granted. All patents described below protect the core technology being commercially used, including the core artists specific app framework, unique using engagement driven monetization and the highly effective distribution of content across artist specific app needed usage.

# Fan Boosting in App: System and method of aggregating networked social content and facilitating uncapped engagement in a networked virtual environment (patent number: 9519690)

**Patent Abstract:** *A system and method is disclosed for aggregating networked content, and allowing user to obtain an unlimited number of engagements relating to networked content. The system may publish a ranking of users based on the number of engagements obtained by the users. Such ranking may facilitate highlighting or otherwise setting apart those users who have obtained more engagements relating to content, thereby allowing a user or user's content to be noticed by others, even among a vast number of networked content that is available.*

This patent introduces a system and method to facilitate user interaction and engagement with networked social content in the application. This system and method allows users to engage and interact within the networked social content or application (app) post, and enables users to be listed by engagement rank, where the Top 3 most engaged users image profile are visibly displayed in an app post. We call this system and method "star boosting." Stars are similar to the "like" reaction on an app post and represents a way for users to be recognized as Top Fans or Valued Fans. "Boosting" is the giving or spending of stars from the reserve that users have been either granted or purchased and accumulated.



1 — Stars earned by the user

2 — Networked social content/Application (App) Post

3 — Top3 fans with highest star boosting

4 — Stars button in a single networked social contents/Application(App) Post. It displays how many stars users given to the app post

To star an app post, a user must first earn their stars. Stars can be purchased or earned for free by engaging in activities within the app, such as opening the app on a daily basis. Stars are the application's virtual currency. To buy stars, users are offered different levels of pricing options. Once users have earned stars, they can spend them by tapping on the star button below a given post and boosting themselves by the amount of stars necessary to be listed among the "Top 3 Fans." Top 3 Fans will have their image profile displayed in the app post, and their comments will stand out among other user comments. If users can't manage to spend enough stars to be listed in the Top 3, they would still be listed in the app post's star boost rankings.



Star boosting not only creates competition but also encourages social interaction, users are able to boost other users. Often users can boost and support each other in an app post to win contests and giveaways.



# Fan Boosting in Server: System and method for aggregating networked social content and facilitating uncapped engagement in a networked virtual environment (patent number: 10474687)

**Patent Abstract:** *A system and method is disclosed for aggregating networked content, and allowing the user to obtain an unlimited number of engagements relating to networked content. The system may publish a ranking of users based on the number of engagements obtained by the users. Such ranking may facilitate the highlighting or otherwise setting apart of those users who have obtained more engagements relating to content, thereby allowing a user or user's content to be noticed by others, even among the vast amount of networked content that is available.*

This patent introduces a server system to facilitate star boosting. The server system accomplishes the following functionalities:

– Deducts stars from the user's account stored in the database and boosts the post specified by the user.

– When the user wishes to purchase more stars, the system handles payment flow and adds the corresponding stars into the user's account store in the database.

– Ranks users according to their number of boosted stars. This ranking is displayed in the app in order to encourage user engagement via increased star boosting.

– When a user wishes to beat their peers to achieve a No. 1 ranking, the server system automatically calculates in real time the number of stars required to achieve this goal.

The star boosting system contains data analytics that match users based on their star boosting activities thus encouraging social interaction. Below is an illustration of how the system works:

Architecture



Use case

# Artist Specific App Framework: System and method for aggregating artist-specific content (patent number: 9311393)

**Patent Abstract:** *Disclosed is a system and method for creating and managing artist-specific applications (ASAs) that each relate to an individual artist, integrates content related to the artist, and connects fans with the artist through multimedia experiences provided through the ASA. An ASA may include a unified player interface that displays a selectable plurality of songs that are associated with the ASA. The ASA may search for other music (such as locally stored music, music associated with other ASAs, and/or streaming music) and display the other music in the unified player interface for selection as well. Upon selection of the other music, the unified player interface may play the selected music, delivering a seamless experience for users who have locally downloaded music (or other music) and an ASA.*

Playlists in Centralized Management System can be from different music-streaming services and sources such as Spotify, Soundcloud, Radio and Amazon S3. Because the ASA can support multiple sources of sounds, it is possible to expand this range to adopt more different kinds of music-streaming services in the future.

In some implementations, the music may be provided to the user as an in-stream allotment that must be renewed before expiration. Whenever the system receives a request from an ASA installed on a user device, it will check and verify that the lease and status are valid before playing the song. In addition, the system provides a seamless music playback experience between the dynamic album and the music stored locally.

Users can load music from their devices onto the dynamic albums, but playlists in the centralized management system can be taken from various music-streaming services and sources. Specifically:

- Amazon S3:
    - A paid service owned by escapex that plays songs authorized by artists
    - Capable of supporting multiple sources of sounds, and can potentially adopt more types of music streaming services
- Spotify
    - Spotify Premium users can get their accounts verified in the ASA, and will thus gain access to all songs
    - Spotify Free users can only listen to the first 30 seconds of each song

Multiple music streaming services are grouped on a playlist in the centralized management system. Whenever an ASA is activated, a playlist is retrieved from the server.

Architecture



# Cross Artist App Content Sharing:  System and method for facilitating co-play and download of artist-specific client applications via user-provided playlists (patent number: 10140365)

**Patent Abstract:** *The disclosure relates to systems and methods for facilitating co-play and download of artist specific client applications via user-provided playlists that includes songs playable only through a respective artist specific client application. A playlist may include songs from a plurality of different artist specific applications. A given artist specific application may be created and branded for a particular artist, whose music may be playable only through a corresponding artist specific application. Because a given song may only be played/accessed from a corresponding artist specific application, a playlist that includes songs from different artist specific applications may cause artist specific applications to be activated (e.g., opened, placed in the foreground, etc.) when a song included therein is next in line to be played. Artist specific applications that have already played a song in the playlist may be de-activated (e.g., closed, placed in the background, etc.).*

Each artist-specific application (ASA) has its own album, which can be managed and edited on the Centralized Management System. A dynamic album consists of one or multiple albums of ASAs. The more ASAs installed on the device, the more dynamic the content in each album, thus making for a uniquely personal experience. Whenever an ASA is activated, the combination rules of the dynamic album are saved and displayed on the user's device based on these rules.

Users play songs by a particular artist following the rules of a dynamic album. If a selected song is on an ASA, music will play normally. If not, the ASA is triggered to function as a player and adopts a unique way of decoding for playback. Because the dynamic album activates the characters of the application, the visibility of the ASA among other ASAs is enhanced, and a corresponding fee-splitting mechanism becomes available. Each ASA is coded uniquely for security reasons, and hence have unique decoding methods.

Use case



| Google Play | Install Artist A App | Artist A playlist | Google Play | Install Artist B App | Artist B playlist |



## Application Point of View

| App launch | Get playlist data from AWS | Save playlist data | Compose all artists playlists in local database | Display aggregated playlist |

# Dynamic Album: System and method for generating artist-specified dynamic albums (patent number: 9009113)

**Patent Abstract:** *The disclosure relates to systems and methods of generating artist-specified dynamic albums that include music that may be changed with or without intervention by a user at a user device at which a dynamic album has been stored, according to an implementation of the invention. A dynamic album may include a set of songs provided through an artist-specific application installed at a user device. The system may modify the dynamic album based on one or more album parameters that specify a change to be made to the set of songs. For example, the one or more album parameters specify the removal of one or more songs from the dynamic album, the addition of one or more new songs, the replacement of one or more songs, a rearrangement of (e.g., shuffling) the order of one or more songs, and/or other change to the set of songs.*

Playlist settings of each ASA album are distributed by the centralized management system. In the centralized management system, multiple music streaming service are grouped as a playlist. Whenever an ASA is activated, it will send a request to the server to retrieve the playlist. Upon receiving the request from ASA, the server will save the database for the latest music playlist.

Artists can ask escapex to adjust the song lists on their ASAs and the adjustment can be updated on the centralized management system. A dynamic album is stored on the user's device. Nevertheless, the system may automatically modify the dynamic album based on one or more album parameters that specify a change to be made to the set of songs. For example, one or more album parameters may specify the removal of one or more songs from the dynamic album; the addition of one or more new songs; the replacement of one or more songs; a rearrangement (e.g., shuffling) of the order of one or more songs; and/or other changes to the set of songs. The ASA receives and saves the changes of the dynamic album for use next time.

Any user can share playlists. A shareable playlist link can lead the user to the ASA and activate it. For users who haven't downloaded the application, they will be prompted to download the page. Songs will play once the application is downloaded and installed.

<u>Architecture</u>



# Unified Player Interface (patent number: 9465869)

**Patent Abstract:** *A unified player interface executing at a user device may include a section that displays songs that are associated with a first Artist Specific Application (ASA) of a first artist installed at the user device. The unified player interface may include another section that displays other ASAs, each associated with a respective artist, installed at the user device. Selection of another ASA may cause music from the selected ASA to be played. Such selection may cause the selected ASA to be launched and its unified player interface to be launched, essentially replacing the unified player interface that was previously displayed at the user device. The unified player interface may include another section that displays music that is not associated with an ASA installed at the user device. For example, the unified player interface may search for locally stored music or streaming music source and display them for selection.*

This patent proposes a unified player interface as the center of all music content related to an artist. The app thus serves as a music hub and can host exclusive app-only songs prepared by artist; a cloud-based album on Spotify; or even the user's local music store in the app. This makes the app a music hub for that particular artist.

The mobile version of the ASA can play songs from diverse sources. If one or more physical processors are programmed and executed on the app, it functions by:

1. Adentifying at least the first song associated with the first ASA on the device and storing it in memory;

2. Identifying at least a second song associated with a second ASA on the device and storing it in memory;

3. Displaying a user interface that includes a first and second selectable interface member;

4. Receiving a first selection of the first selectable interface member and playing the first song through that application; and

5. Receiving a second selection of the second selectable interface member, thus activating the second ASA and playing the second song through that application.



A unified player interface on a user device



A mobile device for playing songs from multiple sources on artist-specific applications installed on the mobile device. This interface is capable of identifying different sources of files not limited to the ASA.



# 5

## How the Product Works:
## End-User Features

## Intro Video

When the user first launches the app, they will find an introductory video recorded by the artist explaining the uniqueness of that app. This introduction narrows the distance between the artist and their fans, explaining how the artist will use the app to connect with followers and what content users can access through the app. The artist can also emphasize the benefits of using the app (e.g. mentioning giveaways and exclusive content) and remind users to subscribe.

Through these videos, fans can have a unique and engaging onboarding experience that is different from all other social media platforms, while gaining a better understanding of what will happen and what to expect from their favorite celebrity on the app.

## Login and Membership System

This login and membership system allows escapex to build their own user database for analysis, and lets the user log in with their phones to avoid a binding third-party account system.

- Login features
  - Allows users to set up individual user accounts to engage within the app
  - Gathers user behavior for the purpose of segment targeting and analysis
- User experience
  - Users can log in via Google, Facebook or their phone
  - We've built a third-party phone login system that's less dependent on Facebook login, reducing the Facebook-related issues of traffic limitation and uncertainty
- The following information is collected to help analyze users for better ad targeting
  - Phone carrier
  - City
  - Country
  - Device
  - Language
  - OS
  - Gender
  - Age

# App tutorial

The app tutorial is an interactive tutorial feature that teaches new users how to leave comments and boost posts. Commenting and boosting are user actions that are key to engaging and interacting with posts in the Home and FanFeed.

The app tutorial is a step-by-step guide that shows users how to complete a comment and boosting action, while illustrating the value of boosting, how to be seen and ways to earn stars (e.g., being active on the app and purchasing from the store).

New users will see the app tutorial pop up immediately after log-in.

After a new user completes the app tutorial, they are prompted to make another comment, and will see an animation with the words, "Tap here to post a comment," on each post in the Home page.

1.  New user sees the app tutorial start after login

2.  The user is offered guidance on making their first comment

3.  The concept of the boosting feature and how to earn stars is explained to the user

4.  The user is offered guidance on how to boost

5.  The tutorial is complete and the user is taken back to the Home page.













## Tabs

Celebrities and influencers can incorporate up to four tabs on their POP app's user interface: the Home tab, FanFeed tab, Music tab and Activities tab.

## Home Tab

The Home tab contains the Feed, which is the center of engagement between fans and the artist. This is where influencers can share images, videos or live-stream events to the fans, while selecting a content-access option. Fans can comment on posts to express their thoughts or reply to other fans' comments.

Influencers can click on widgets in the Feed to upload content, with one widget for live-streaming and another for uploading images and video. Fans will see the "Go!" button on the post if the post has a weblink added. Influencers can upload different content formats using different widgets, post weblinks (the Go! Deeplink feature) and allow content access either to all fans or subscribers only. They can also post videos, images, live videos and forwards from the FanFeed. Some features are restricted to influencers only, such as uploading videos, images and live-streaming directly from the app.

Unlike traditional platforms, influencer-created content appears on news feeds based on posting time rather than algorithms, unless posts are specifically pinned. Meanwhile, fans can derive value from the app experience by being able to see and engage with celebrities, while subscribers can access exclusive content. Besides leaving comments, users can also interact with one another.



## Artist Posts

All posts have pinch-to-zoom support.

**Image and Video Posts**

- Users are notified whenever an image or video post is created
- Images and videos can be uploaded in any size and orientation



## Live Posts

- Live posts are exclusive to celebrities on the escapex platform. They can even be viewed in full screen mode



- Before starting a broadcast, celebrities can choose to limit access to subscribers only; provide the type and description of content and link the app download link to their Instagram story for maximum exposure

- Celebrities can speak exclusively to fans and provide more types of content

- Fans get a more personal and intimate experience that is missing from other types of social media platforms



## Comment & Reply Feature

- Artists and fans can engage through comments on every post, and each comment can become a thread for a specific topic discussion

- All users will receive a push notification when an influencer replies to a top fan's comment in the Home Tab

- Celebrities can demonstrate their engagement and commitment to fans

- Fans have the exclusive opportunity to interact with celebrities, all the while keeping track of their "Comment and Reply" history on the app's Activity Tab



## Tagging Fans

- Typing "@" tags another user in posts, comments or replies. The system performs a fuzzy search for matching usernames using the first letters keyed in, thus saving time and preventing typos

- Tagged users will receive push notifications. The message also appears on the user's Activity tab

- Fans can chat and interact quickly with each other



# Go! Deeplink Feature

One of the features that sets escapex apart from other social media platforms is the GO! Deeplink button. This feature allows influencers to embed not just internal, but also external links. It is therefore a powerful tool for cross app promotion.

Each post in the Home tab can include a weblink for merchandising, promotions for charities or campaigns and cross-promotions for other artists or apps. Fans can therefore receive full offerings and information from the app.

The presence of the GO! feature is a major capability which is not present in other social platforms, such as Instagram. One obvious benefit is the degree to which influencers can manage their posts. On platforms such as Instagram, links can only be embedded on paid advertisements. In contrast, any post in a POP can contain a deep link. In addition to internal links, which send users anywhere within the app (this includes a single click-to-purchase option), users can also be directed to anywhere on the internet.

This feature has been extremely popular among influencers, since they no longer feel like they are being blocked from interacting with their fans. This is another example of the reduction of unnecessary limitations on influencers.





# Feed Ranking Algorithm

Feed posts are listed in reverse chronological order. Although newer posts are listed at the top of the feed, the Content Management System provides options to pin certain posts to the top of the feed.

# FanFeed Tab

This tab hosts content from the fan community so that it can be seen by celebrities and other fans. Fans can upload original content such as photos, drawings and videos that help them to connect with their favorite celebrity. Influencers may even share a fan's post on the main feed.

While celebrities can see the aggregated content produced by their fans, these fans can also create their own community and relationships. Post creators can be awarded extra stars if their FanFeed posts are boosted, thus encouraging the production of quality content.



## Social Link

A one-stop hub for all social media content, the Social tab is a place that aggregates all the social news from an influencer.

For influencers, it's a place to sell their merchandise or tickets for concerts. For fans, it's a place where they can follow every one of their favorite celebrity's multiple accounts.

The following social links are supported:

- Facebook
- Twitter
- Instagram
- YouTube
- Artist's own site or e-commerce store

## FanFeed Ranking Algorithm

Ranking the numerous daily fan posts is critical, since this decides which post can be widely seen and promoted. In short, "a fresh post with the most superstars within the shortest time period receives the highest score."

A score is calculated and assigned periodically to each post by the ranking algorithm, based on two factors: "trending" and "freshness." "Trending," which indicates the popularity of a post, is defined by the number of superstars received. Freshness is simply the duration of time that the post stays in the FanFeed, measured in minutes. The post score $p_i$ , is calculated using the following formula:

$$score = log_5 Tr(p_i) + Fr(p_i)$$

Where $Tr$ is its trending score and $Fr$ is its freshness score. Note that the trending score is normalized using a logarithm with base 5 (e.g. 5 stars = 1, 25 stars = 2, 125 stars = 3, etc.) prior to calculation.

For example, let's say that a post was starred by 125 fans and stays on the FanFeed for 15 minutes. Therefore:

Score = $log_5$(125) + 15

Score = $log_5$($5^3$) + 15

Score = $3log_5$ (5) + 15

Score = 3 + 15

Score = 18

## Instructions

To post on the FanFeed:

1. Click on the upload widget (top left corner on the app / bottom right corner in the FanFeed)

2. Upload the media from your device or take a new image or video

3. Crop the content and write a post description

4. Upload content. You will be notified when the post is created

5. Click on the notification to view the post



## Content Moderation

- Occasionally, adult or violent content may be posted to the FanFeed. As a celebrity platform, we ensure that improper content is taken down as quickly as possible.

- Any posts containing photos will be run through our AI engine which scores them in three categories: adult content, racy content and violence.

  – If the scores are low, the post passes

  – If any one of the three scores exceeds the threshold, the system takes down the post directly and notifies the administrator.

  – If the scores are high but do not exceed the threshold, the system notifies and defers to the administrator's decision



## Activity Tab

The activity tab boosts engagement by providing a record of when the user was boosted, received a comment, a reply or any other interaction. All interactions with celebrities or other fans are recorded and linked, thus providing a dynamic log for fans. The fans can see all posts uploaded in the FanFeed. Artists can also send customized messages to users that contain links to specific posts or pages in the app.

## Music Tab

Artists can add a personal touch to their accounts by sharing a playlist with fans. This list can include their favorite songs or their own original music. The music can be hosted directly on the escapex platform, or on Soundcloud or Spotify. Fans can then listen to music within the app without having to navigate to an external platform.



# Fanboard

The Fanboard shows the top 20 fans of a celebrity. These are active users who have interacted most on the app in the last seven days. Interactions may include watching videos, making comments and boosting, or sharing posts to social media. Fanboard rankings differ from the Top 3 Fan rankings of each post, which are determined by the volume of Superstar boosts, and are specific to a particular post.

User can access the Fanboard in the app's Menu section, and can see their own ranking out of all users at the bottom of the list, if they are not in the top 20.

The Fanboard section is in the Menu tab. Your own ranking can be found at the bottom of the list.



# Monetization-related Features

One of the greatest appeals of escapex is the number of fanbase monetization options at the artist's disposal. Unlike traditional platforms such as Instagram or YouTube, celebrities or influencers can pick and choose which monetization options are most appropriate for their personal brand and fanbase.

## Subscriptions

Subscriptions are a great way for influencers to offer exclusive content to loyal fans and to generate revenue from their content. By subscribing to a celebrity, users can enjoy exclusive content that would either be locked or otherwise inaccessible to non-paying followers. Subscriptions are billed on a monthly basis, and content can include access to live streams, exclusive images or videos, news, contests and giveaways. Subscribers also receive an exclusive dedicated badge and enjoy the privilege of creating unlimited FanFeed posts.



## Time-Limited Welcome Post

A new user logging in will see a pinned lock post in the Home page with selected Welcome Post content. This posted content is a never-before-seen feature in social media, and offers on-boarding users with an exclusive and unique experience that differentiates POPs from other traditional platforms. Content will be customized for each artist, and can include experiences such as giveaway events and exclusive videos from live streaming, Q&A sessions, or behind the scenes stories.

The welcome post is shown only within a short time frame for each new user. This enhances the uniqueness of the app's content and shows the value of being a subscriber.

The new user sees a pinned lock post in the Home page with exclusive content. User must convert to a subscriber to access the post





## Pay-to-listen music

This feature is only available to subscribers of the escapex celebrity app. Playlists (with signed urls) can be downloaded only by authorized users. However, the files are saved in a different path on the user's device, so they cannot be directly accessed. Therefore, those files can be deleted if the user's authorization expires or becomes invalid.



Downloading playlists onto the subscriber's app



Downloading music files onto the subscriber's app



Downloading music files onto the subscriber's app

# Boosting: Being Seen

Star boosting enables user to give a certain amount of stars to a specific post. Users are assigned a number of stars, which they can then give to posts in a process known as star boosting. The Top 3 fans with the highest star counts will be prominently displayed and made visible to everyone. Users can always buy more stars to increase their star boosting power or even gift stars to others. Not only does this encourage competition, it allows users to gain visibility and recognition from celebrities and other users. One bonus is that the app will always ensure that any comments by the Top 3 Fans on any post will be seen first.



### Boost to #1 Fan

This option allows users to automatically be boosted to top fan status within an app post. The system will automatically deduct the sufficient number of stars needed to reach first place and prompt users to buy more stars if needed.

### Hold to Boost

Users can tap and hold this option to flexibly boost the post by their desired number of stars. The system will prompt users to buy more stars as needed.

### Top 3 Comments

Comments from the Top 3 fans will be seen first on the comments page. They are placed at the bottom of the comments list.

# Unlocking Posts

Celebrities can always lock some of their posts, which would be accessible only to fans who "spend" stars to unlock them. The artist can select the desired price (in USD, which is then converted to stars) needed for the fans to unlock their posts. This is an excellent way to host meet-and-greet sessions and offer similar exclusive content products.




Fans can see the description of locked posts, but the photo and video are blurred

## How to use this feature



1. Select a photo/
write a caption

2. Select pay to unlock

3. Set a price

4. Post to app

## Examples

**Shout out video**

Fans can unlock the post and tell you what to shout out, you will post it on the app and Instagram



Unlock
(Fans)

Respond
(Influencer)

**Q&A**

Fans can unlock the post and ask you anything, you will respond to each question with a video post inside the app



Unlock
(Fans)

Respond
(Influencer)

**Live Stream**

Fans unlock the post to see exclusive live stream only available on the app for the next 48 hours, to share deepest secrets



Unlock
(Fans)

Join
(Fans)

## E-commerce

Shopping cart badges appear on the Feed page, the Go! button, shortcuts on the menu pages and the social tab to encourage online shopping and revenue generation.



**Ads Insertion and Management System**

Advertisement can be managed in the following ways:

- Display ads in certain positions on the Home and FanFeed posts
- Display ads for app cross-promotion. For example, ads can be come from AdMob, Facebook Audience Network, AppLovin, Vungle and more
- Control the category, content and type (image or video) of ads on display
- Limit ads by geography, time and number of viewers

## Sponsorship

By serving as sponsors, brands have the opportunity to gain an optimal amount of exposure to a niche audience. This offers them a powerful marketing tool, since brands will have access to a segmented audience (that is, fans of celebrities) with a specific taste in entertainment, while leveraging on the celebrity's fame and influence. Brand can display their offerings in a number of different formats, such as posts in the Home Feed, post notifications, a dedicated page or even customized brand icons. We have acquired more than 20 global brands in 2018, who have spent over USD $5 million.



    

    

     

## 3rd party payment

- In countries with low credit card penetration such as Indonesia and India, influencers can monetize by shifting their billing method from the Apple Store / Google Play Store to a 3rd party payment service.

- The use of 3rd party payment platforms can increase payable reach by 20x.

- Fans can use 3rd party payment platforms such as GO-PAY in Indonesia or Paytm in India to purchase in-app Stars and Subscriptions.

**Case Study: GO-CELEB and GO-PAY**

- Tech 'decacorn' GO-JEK—with an estimated valuation of $10 billion—has teamed up with escapex on GO-CELEB, a platform that connects escapex influencers directly to 75 million users on the GO-JEK super-app homepage. Related payments are processed through GO-JEK's digital wallet arm GO-PAY.

- GO-CELEB is an online destination where fans can access interactive content, news, quiz and updates about their favorite celebrities, and gain access to exciting fan club offerings. Influencers can launch their own fan clubs, where subscribers can discover celebrity app content, participate in contests, buy customized merchandise, and win a chance to meet their favorite star.

- GO-CELEB is promoted and displayed across various channels, including the GO-JEK app (app homepage, app notification), the escapex app (artist-owned apps), artist-owned social media channels, billboards, the LINE app and Twitter. By co-branding with GO-JEK and promoting on escapex's platform, new users are acquired.



Go-Celeb project landing page



Go-Jek voucher purchase



Display purchased voucher in Go-Jek



Escapex app voucher redemption

# Push Notifications

## A Push Notification for Every Post

As POPs, all posts, comments and replies by artists generate push notifications, a feature that can help deepen user engagement. This is different from Facebook and Instagram, platforms that rely on algorithms and do not reach fans consistently.

Fans are notified whenever celebrities post their content and engage in related online activity, and when they're tagged by the artist or other fans or receive reactions to their posts on the FanFeed. Fans also receive push notifications if they are boosted by the artist or other users.

## Push Notification Retargeting

Users who have not subscribed five minutes after downloading the app will receive a retargeting push notification as a reminder. The implementation of retargeting push notifications has resulted in an increase in subscribers.

Such personalized push notifications also allow artists to reach fans in a more personal way.

# Customized Emojis

Artists can create customized emojis modeled on their own images, complete with common quotes, catchphrases and greetings exchanged between themselves and their fans. Using these emojis in interactions adds greater intimacy and fun to the communication.

This feature is not exclusive to artists—users can also comment on posts from the artist and other fans using their own customized emojis.



# Blocking

Artists and fans can block content or other users who post offensive or otherwise unwelcome content, leading to a safer environment and an improved user experience over all.

To do this, users simply long press a particular post or user, displaying the blocking/reporting options. After blocking is enabled, content and posts from that particular user will no longer appear. This is not permanent—users can decide to unblock content or other users later on by simply repeating this process and choosing the unblock option.



Long press on a comment or user, and the block/report option will show up



# 6

# Customer Care

# Customer Care

The integrated customer care system is equipped to provide customers with a great user experience, which includes a knowledge base for users to look up in-app features and a feedback system to reach out to us for assistance, as well as an intuitive way to report to admin when needed.

# Knowledge base

The knowledge base is located in the Help section of the Menu. It provides users with an FAQ to help navigate the app. It's also available in seven languages, including English, Traditional Chinese, Spanish, Portuguese, Russian, Thai and Japanese. More languages can be added with future business expansion and in accordance to market need. If a user question isn't addressed in the knowledge base, a Contact Us button is available for users to reach out.

  

# Feedback system

In addition to the Contact Us option in the Help Center, Feedback (also located in the Menu) offers another channel for users to contact us for any feedback and needed assistance. The questions users send us via Feedback are funneled into our "Uservoice" platform and will be answered within 24 hours to ensure customer satisfaction.

When a frustrated user comes across an unexpected issue, they can provide feedback directly through the app. The following information is collected automatically along with the feedback to help us identify problems faster:

- User email
- User ID
- User's display name
- Device model name
- OS version
- Application name
- Application version
- Language
- IP address




# Reporting

When fans find improper content in their FanFeed, escapex allows them to report that particular post. Users can click on the "More" button beside the post to report it, along with their reasons for doing so.





# 7

# How the Product Works:
# Artists and Influencers

## Sign-up Process

Escapex offers a personally owned end-to-end social platform. Artists can either contact escapex through our website or respond to our invitation. They can create their own POP by following four simple steps.

1. Submit a request to our website. We will then send out an invitation by email

2. Read the terms and conditions and sign an e-contract

3. Fill out the personal information page (required for Apple account application)

4. Applicants also have the option of facilitating user migration by providing their Instagram information for promotional purposes



Joining via invitation:



# User Migration

Through numerous tests and analytics, we've determined an optimal methodology for migrating fans from an artist's Instagram to their POP in the shortest period of time. Escapex offers this free service during the sign-up process (which is also available at any time) to artists for promotional purposes.

Here's how it works. Our professional marketing team first produces appropriate creative content for artists. Upon approval, our marketing team then posts this content to Instagram stories on behalf of the artist. Content will then be will then be  posted at select times and frequencies designed to maximize fan migration to the POP.

# Analytics and Revenue Reporting Systems



To help understand how their POP is performing, artists and their social media managers are given continuous access to their analytics data. These metrics include:

- Total net revenue over the past 12 months

- Total downloads over the past 12 months

- Active and inactive unique subscribers over the past 12 months

- Total paying subscribers from the beginning of the month

- New subscribers acquired in the past 30 days

- Daily downloads in the past 30 days

- App users by gender (%)

- App users by country (%)

- App users by city (%)

Analytics allow access to important metrics

Statistics and data (including revenue) are available on Amplitude. Revenue is tracked on the system, with the amount owed to the artist determined based on data calculated from the App Store (iOS) and Google Play.



# Content Management System

The Content Management System is the backend service that controls the configuration of the app. Administrators can set up or adjust the app in a short period of time without having to submit a new app to the App Store or Google Play. The following can be configured:

• Country code

• Status of the app (active or inactive) in the app store

• Push notification settings

• URL of images

• Music playlist



The following types of music are supported on the app's music tab:

• MP3 songs supplied (and copy protected) by artists

• Spotify albums and songs

• SoundCloud music and podcasts

The administrator can upload new songs, mark certain songs as visible or invisible, reorder the playlist or delete songs. All changes are reflected immediately.



Artists can also manage their Feed (Home tab). The system allows them to perform the following functions:

• Edit posts (delete, undelete, pin, unpin and rearrange)

• View and manage comments and replies to a post

• Schedule a post to be released at a specified time



Finally, the Content Management System also contains a fan management page, which allows celebrities to manage and grant permissions to their fans. Administrators can check the subscription status of fans (start and renewal date) and provide technical support for subscription-related issues. This is where block lists are controlled, which allows celebrities to exert control over whose posting / commenting / replying privileges are blocked.



# 8

# How the Product Works: Official Website

The escapex official website serves multiple functions, and includes the most up-to-date information and news of the company for influencers and everyone interested to learn more about escapex.

## Geo-oriented slideshow

The official website lists all the influencers in a slideshow. As some influencers are more familiar within certain regions than others, the website features a geo-oriented design that displays the most relevant influencers based on the current location of the visitor. Whenever someone visits the website, their location is auto-detected and the region's pre-selected list of influencers are displayed. This ensures that, as the number of influencers continues to grow, local visitors are shown the influencers best known to them.



## Web news tab

In this news section, all of the latest media coverage related to escapex is consolidated for influencers to browse and learn about the latest company news. This may include campaigns run across various regions, new partnerships and the latest social media trends.





# 9

# How the Product Works: Official App

We've also created the Official App as a way to host the presence of multiple individual influencers in one place. This way, users can keep tabs on their favourite influencers more easily than ever before.

## Background

The development of the Official App was borne out of the difficulties of creating an app under a personal Apple account. Doing so requires the following of several steps, including the creation of accounts and waiting for approval. After following these steps, apps will still need to be submitted for review and approval. This process can take anywhere from one to two months.

The Official App was therefore created to fast-track this process. No personal accounts are required, thus removing the need to wait for account approval and app review times, allowing influencers to connect to fans faster. This also allows them to scale up their business quickly and pursue their ventures without being held up by Apple's processes.

## Information for Developers

Although the Official App can host a variety of apps, any apps created from a commercial template or app generation service will be rejected unless submitted directly by the provider of the app's content. These services should not submit apps on behalf of their clients. Instead, they should offer tools which allow their clients to create customized, innovative apps that offer unique customer experiences.

An acceptable option for template providers is to host all client content in an aggregated or "picker" model (e.g. a restaurant finder or event app) with separate customized entries or pages for each client.



Users can search and download an artist's app from the Official App. Artist can also promote bit.ly URL links that direct fans to download the app.



# 10

# Global System Architecture

# Platform Architecture

1. The Content-Delivery Network speeds up the app by using a private cable network.

2. Micro services are interactive functions that influencers can use, such as the management of content, billing and account modules. Other functions for influencers include the controlling of sign-up and the migration of fans from other apps.

3. The real-time messaging bus stores and manages messages between influencers and their fans. The database draws on platform technologies such as Dynamo DB, SQL Server, Maria DB (for database storage), Elasticache (to speed up response times) and Elastisearch (which functions as a search engine to accelerate structured data).

4. Static Storage provides flexible storage for data from micro services and resource files.

5. We migrate fans from social media sites used by fans to our platform.

6. Insight subsystems convert data generated by client events and the raw log from backend systems into meaningful structured data and metrics for analysis.

7. Dashboards make use of insights from structured data and metrics to improve the business (BI dashboards) and global system stability (operation dashboards) aspects of the app.



# Regional Hosting

Two data centers host our microsystems. The main hosting supports our global architecture, and is located in the AWS Oregon region, while the other data centre is located in India.

Meanwhile, live streaming services are supported by ten centres in the following regions:

North America: Oregon and Virginia

South America: São Paulo

Europe: Ireland and Germany

Asia Pacific: India, Singapore, Japan, Indonesia and Taiwan



# 11

# Roadmap

**2019**  **Q1**

**Go-celeb launched**
- Go-celeb is a new channel in Gojek that promotes exclusive content. It is a joint collaboration between Escapex and Gojek
- Also serves as an alternative payment method to Apple / Google.

 **Q2**

**App downloading service launched**
- Automates user migration from social media to apps Photo content moderation introduced
- AI provides an initial layer of filtering
- Tags and identifies problematic content before the content is made public

 **Q3**

**Improved third-party payment integration enabled**
- Single purchase e-commerce launched across all major regions
- App store revenue sharing is significantly reduced. Mobile wallets and payment provider usually take 1%-3%

**Interactive monetization features for live-streaming launched**
- Market standard features like tipping and gifting are enabled
- Proprietary features like live streaming screen sharing and live stream guests are introduced



 **Q4**

**Multiple ownership enabled**
- Celebrities can co-own an app
- Apps for TV show or movies featuring a group of celebrities can be devised

**AI-based chatbot introduced**
- Fan questions are automatically answered
- Fans are automatically directed to related products, information and e-commerce

**Augmented Reality features introduced for live streaming**
- Animations are available (e.g. Snapchat)
- Fans can purchase animations for celebrities, thus increasing engagement and revenue

**2020**  **Q1**

**Phase II of the centralized official app launched**
- Onboarding of unlimited number of influencers independent of their size and number of followers
- Cross influencer content sharing enabled
- POPs can have a customized look and feel per influencer

**Phase II of tagging launched**
- Direct messaging features launched
- Fans can send a private message to other fans or celebrity (private messages or private chat rooms)
- Monetization opportunities are available. For example, fans can gift stars to celebrity.



 **Q2**

**Phase II of e-Commerce launched**
- Escapex will launch its own e-Commerce store instead of leveraging external partners
- Celebrity to sell merchandise directly through the app
- A unified user experience increases revenue

**Escapex TV show channel launched**
- A celebrity owned TV channel in the app
- Real time AI-based translation introduced for posts and subtitles in live-stream for foreign audiences



**Q3**

**AI-based text content moderation enabled**
- AI provides an initial layer of filtering
- Problematic text content (e.g. comments) are tagged and identified

**Reward system for daily check-in users introduced**
- Fans will be rewarded with better gifts based on the frequency of app usage In-app polling introduced
- Fans can crowdsource opinions for celebrities



# 12

# Conclusion

Escapex offers a unique platform for celebrities and influencers to retain greater control over their content and increase engagement with fans. Its focus on new technologies and social media innovation—marked by its multiple patents in the categories of fan boosting, dynamic music albums and a unified player interface—has allowed for an improved experience between both celebrities and their followers.

These new celebrity-driven POPs come with immense fan base monetization opportunities for influencers that traditional platforms simply cannot offer, such as subscription services, pay-to-listen music, a digital currency system and improved e-commerce opportunities. Meanwhile, artists and their administrators now have complete control over their content and brand image, while being able to access a variety of analytics.

Escapex provides a new pathway for celebrity engagement that far surpasses that of existing legacy social media networks, while creating a more equitable network for both celebrities and fans.