# EXHIBIT D





are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this message is strictly prohibited

Forwarded message
From: <sephi.shapira@gmail.com>
Date: Wed, Sep 13, 2023 at 10:32 AM

Here is the email confirming a meeting with the guy from YouTube who leads the music monetization where we presented SuperStar (see whitepaper on pinning comments on line streams by paying)

Exactly 9 months later like a baby they launched SuperChat which does exactly the same
http://www.theverge.com/2017/1/12/14249630/youtube-super-chat-pay-pin-comment-live-stream

From: Sephi <sephi@escape.com>
Sent: Monday, March 21, 2016 9:06 PM
To: 'Kelly Rowe' <kelly@threehundred.biz>; 'Becky Peralta' <becky@escapex.com>
Cc: 'Inbar Haham' <Inbar@magmavc.com>
Subject: RE: Potential intro

Confirmed

From: Kelly Rowe
Sent: Monday, March 21, 2016 5:01 PM
To: Becky Peralta

**Cc:** Inbar Haham Sephi
**Subject:** Re: Potential intro

Hello!

Hope you all had a great weekend. I am just confirming your meeting with Lyor tomorrow at 2 PM at our office (112 Madi on Avenue, 4th Floor ) Plea e let me know if thi    till work

Thank you

Be t,

Kelly

On Tue, Mar 15, 2016 at 12 24 PM, Kelly Rowe   kelly@threehundred biz   wrote
No problem!

On Tue, Mar 15, 2016 at 12 18 PM, Becky Peralta   becky@e cape   com   wrote
Hi Kelly,

Let' do 3/22 at 2pm   Would you plea e   end u   a calendar invite   Thank

Be t regard ,

**Becky Peralta**

Office Manager/Executive
Assistant, EscapeX

T  +1 212 786 6832  |  M  +1 917 207 5437  |  Skype  becky peralta23

E: Becky@escapex.com|  www.escapex.com

**From:** sephi.shapira@gmail.com <sephi.shapira@gmail.com>
**Sent:** Monday, March 27, 2023 7:57 PM

We met with the head of Google monetization years ago to demo our parents SuperStar and less then a year later they came out with this almost identical feature:

https://www.slrlounge.com/youtube-debuts-super-chat-new-feature-for-creatives-to-make-money-with-live-streams/

this is taken from our patent 10,474,687

https://patents.justia.com/patent/10474687

see attached white paper attached

we called it Super Star they called it Super Chat, nice



3 attachment



image001.png
10K



**image001 png**
10K

**White Paper & Patent   pdf**
6223K