**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ESCAPEX IP, LLC,

                                             Plaintiff,                  23-CV-10839 (VSB) (VF)

               -against-                                    **ORDER**

GOOGLE LLC,

                                            Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court received an email from Plaintiff's counsel ahead of oral argument scheduled for March 11, 2025. The Court will hear argument on Defendant's pending motion on March 11, 2025. If Plaintiff's counsel wishes to raise a separate dispute with the Court, counsel should file a formal letter on the docket.

       **SO ORDERED.**

DATED:     New York, New York
               February 25, 2025

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge