**RAMEY LLP**

> **MEMO ENDORSED**
>
> /s/ Valerie Figueredo
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: 3/19/25
>
> The motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restriction at ECF No. 43 and to terminate the gavel at ECF No. 42

March 6, 2025

<u>*Via ECF Filing*</u>
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Escapex IP, LLC, v. Google, LLC*, Case No. 1:23-cv-10839-VSB –
Letter Motion to File Document Under Seal Regarding Violation of N.Y.R. Prof. Conduct 4.2 Hearing

Dear Judge Figueredo:

Plaintiff, EscapeX IP, LLC files this Motion to Seal document in support of its evidence for hearing set on March 31, 2025 at 10:30 a.m. before this Court.

The document sought to be sealed is a confidential settlement agreement, which terms serve as the basis of counsel's complaint that Google and its counsel are in violation of N.Y.R. Prof. Conduct 4.2 (Doc. No. 36).

Therefore, EscapeX IP, LLC respectfully requests that this Court grant Plaintiff's Motion and seal the document attached to this filing.

          Respectfully submitted,

          <u>*/s/ William P. Ramey, III*</u>
          William P. Ramey, III

713-426-3923   5020 Montrose Blvd., Suite 800
www.rameyfirm.com   Houston, TX 77006