UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESCAPEX IP, LLC,

           Plaintiff,    23-CV-10839 (VSB) (VF)

   -against-           **ORDER**

GOOGLE LLC,

           Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  On March 5, 2025, Defendant filed a letter with supplemental authority to inform the Court of "developments of which [Defendant] has become aware since the filing" of its motion for sanctions on March 25, 2024. See ECF No. 41; see also ECF No. 46. On March 7, 2025, Plaintiff filed a motion to strike Defendant's supplemental authority, arguing that it was an improper sur-reply. See ECF No. 45. The motion to strike is **DENIED**.

  Courts in this District "allow[] parties to file letter notifications of new, relevant authority, as '[i]t is fairly standard practice for parties to send letters or to otherwise file supplemental authority after briefing is complete.'" Sec. & Exch. Comm'n v. Oppenheimer, No. 15-CV-5456 (GBD) (SDA), 2024 WL 3342098, at *4 n.2 (S.D.N.Y. July 8, 2024) (quoting DeSimone v. Select Portfolio Servicing, Inc., No. 20-CV-3837 (PKC) (TAM), 2023 WL 6450236, at *4 (E.D.N.Y. Sept. 30, 2023)).

  The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 45.

  SO ORDERED.

DATED: New York, New York
     April 1, 2025

                _____
                VALERIE FIGUEREDO
                United States Magistrate Judge