**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ESCAPEX IP, LLC,

                                        Plaintiff,

                -against-

GOOGLE LLC,

                                        Defendant.
------------------------------------------------------------------X

23-CV-10839 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference was held on May 7, 2025, to address the concerns raised by Plaintiff EscapeX IP, LLC and its counsel, William P. Ramey, III, in a letter to the Court dated March 3, 2025. See ECF No. 36. Plaintiff and its counsel point to settlement discussions between Defendant Google, LLC and Dynamic IP Deals, LLC ("DynaIP") to argue that there has been a breach of Rule 4.2 of the New York Rules of Professional Conduct. DynaIP "manages EscapeX." See ECF No. 77 ("Tr.") at 4:3-4. Mr. Ramey contends that Google is using the settlement negotiations to drive a wedge in Mr. Ramey's relationship with EscapeX and DynaIP, in violation of Rule 4.2. See Tr. at 9:16-21. Google submitted an opposition letter on March 27, 2025. See ECF No. 56.

       Rule 4.2 concerns communications between a lawyer and a represented client. At the conference on May 7, Mr. Ramey acknowledged that he represents DynaIP, that he knew that DynaIP was having communications directly with Google concerning a potential settlement, and that he authorized or consented to such communications between DynaIP and Google. See Tr. at 14:11-24. It is thus not apparent that there has been any violation of Rule 4.2. Moreover, the relief Plaintiff seeks is not relief the Court can order. As Mr. Ramey stated at the conference, he requests that Google "stop trying to drive a wedge in [his] attorney-client relationship" during

settlement discussions. <u>See</u> Tr. at 11:8-16. The Court, however, cannot force Google to settle with DynaIP or EscapeX or dictate the terms of a settlement agreement such that it also covers any claims Google might have against Plaintiff's counsel.

**SO ORDERED.**

DATED:    New York, New York
          May 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge